| | | |
|---|---|---|
| REED SMITH LLP | REED SMITH LLP | REED SMITH LLP |
| Kurt F. Gwynne, Esq. | Derek J. Baker, Esq. | Keith M. Aurzada, Esq. |
| Casey D. Laffey, Esq. | (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| 599 Lexington Avenue | 1717 Arch Street | 2850 N. Harwood Street |
| New York, NY 10022 | Suite 3100 | Suite 1500 |
| Telephone: (212) 521-5400 | Philadelphia, PA 19103 | Dallas, TX 75201 |
| Facsimile: (212) 521-5450 | Telephone: (215) 851-8100 | Telephone: (469)-680-4200 |
| E-mail: kgwynne@reedsmith.com | Facsimile: (215) 851-1420 | Facsimile: (469) 680-4299 |
| E-mail: claffey@reedsmith.com | E-mail: dbaker@reedsmith.com | E-mail: kaurzada@reedsmith.com |

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | X : : | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | : : : | |
| Debtor. | : : X | Case No. 23-10367 (MG) |
| SVB FINANCIAL GROUP, | : : : | |
| Plaintiff, | : : | Adv. Pr. No. 23-01137 (MG) |
| v. | : : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., | : : : : : : : : | |
| Defendants. | : : X | |

**NOTICE OF MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, FOR AN ORDER WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDING PURSUANT TO <u>28 U.S.C. § 157 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011</u>**

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

**PLEASE TAKE NOTICE** that defendant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("FDIC-R1"), by its undersigned counsel, respectfully moves the United States District Court for the Southern District of New York (the "Court") at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules for the Southern District of New York, for an Order withdrawing the reference of the above-captioned adversary proceeding (the "Adversary Proceeding") from the United States Bankruptcy Court for the Southern District of New York for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, defendant FDIC-R1 respectfully requests that the Court enter an Order (i) withdrawing the reference of the Adversary Proceeding and (ii) granting such further relief to FDIC-R1 as is appropriate.

Dated:  August 11, 2023
        New York, New York

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

-and-

REED SMITH LLP

Derek J. Baker, Esq. (admitted *pro hac vice*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

-and-

REED SMITH LLP

Keith M. Aurzada, Esq. (admitted *pro hac vice*)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469)-680-4200
Facsimile: (469) 680-4299
E-mail:  kaurzada@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank*

Of Counsel:

Jeffrey Schmitt, Senior Counsel
Nicholas Katsonis, Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS-D-7066
Arlington, Virginia 22226
Tel.: (703) 562-2089
jschmitt@fdic.gov
nkatsonis@fdic.gov

Laura Fontaine, Senior Attorney
Federal Deposit Insurance Corporation
Dallas Regional Office
600 North Pearl Street, Suite 700
Dallas, TX 75201
Tel: (972) 761-8227
lfontaine@fdic.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CMF/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record.

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne

| REED SMITH LLP | REED SMITH LLP | REED SMITH LLP |
|---|---|---|
| Kurt F. Gwynne, Esq. | Derek J. Baker, Esq. | Keith M. Aurzada, Esq. |
| Casey D. Laffey, Esq. | (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| 599 Lexington Avenue | 1717 Arch Street | 2850 N. Harwood Street |
| New York, NY 10022 | Suite 3100 | Suite 1500 |
| Telephone: (212) 521-5400 | Philadelphia, PA 19103 | Dallas, TX 75201 |
| Facsimile: (212) 521-5450 | Telephone: (215) 851-8100 | Telephone: (469)-680-4200 |
| E-mail: kgwynne@reedsmith.com | Facsimile: (215) 851-1420 | Facsimile: (469) 680-4299 |
| E-mail: claffey@reedsmith.com | E-mail: dbaker@reedsmith.com | E-mail: kaurzada@reedsmith.com |

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>     Debtor. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Chapter 11<br><br><br>Case No. 23-10367 (MG) |
| SVB FINANCIAL GROUP,<br><br>     Plaintiff,<br><br> v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Adv. Pr. No. 23-01137 (MG) |

**MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, FOR AN ORDER WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDING PURSUANT TO <u>28 U.S.C. § 157 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011</u>**

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

Defendant Federal Deposit Insurance Corporation, in its capacity as receiver for Silicon Valley Bank ("FDIC-R1")[2], by its undersigned counsel, respectfully moves (the "Motion") the United States District Court for the Southern District of New York (the "Court") for an order under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding (the "Adversary Proceeding"). In support of this Motion, FDIC-R1 submits the accompanying Memorandum of Law, dated as of the date hereof.

FDIC-R1 has made no previous request to this Court or any other Court for the relief requested by this Motion.

WHEREFORE, FDIC-R1 respectfully requests that the Court enter an order (i) withdrawing the reference of the Adversary Proceeding and (ii) granting such other relief as is appropriate.

Dated: August 11, 2023
New York, New York

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

-and-

---

[2] Although the Complaint addresses the FDIC, as receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., collectively, as FDIC-R, the receiverships are separate entities. As indicated, the FDIC, as receiver for Silicon Valley Bank, will be addressed as FDIC-R1. This motion is filed for FDIC-R1. The FDIC, as receiver for Silicon Valley Bridge Bank, N.A. ("FDIC-R2") will respond separately.

2

|  |  |
|---|---|
|  | REED SMITH LLP |
|  | Derek J. Baker, Esq. (admitted *pro hac vice*)<br>1717 Arch Street<br>Three Logan Square, Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8100<br>Facsimile: (215) 851-1420<br>E-mail: dbaker@reedsmith.com |
|  | -and- |
|  | REED SMITH LLP |
|  | Keith M. Aurzada, Esq. (admitted *pro hac vice*)<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469)-680-4200<br>Facsimile: (469) 680-4299<br>E-mail:  kaurzada@reedsmith.com |
|  | *Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank* |

Of Counsel:

Jeffrey Schmitt, Senior Counsel
Nicholas Katsonis, Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS-D-7066
Arlington, Virginia 22226
Tel.: (703) 562-2089
jschmitt@fdic.gov
nkatsonis@fdic.gov

Laura Fontaine, Senior Attorney
Federal Deposit Insurance Corporation
Dallas Regional Office
600 North Pearl Street, Suite 700
Dallas, TX 75201
Tel: (972) 761-8227
lfontaine@fdic.gov