UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>         *Plaintiff,*<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>         *Defendant.* | **CERTIFICATE OF SERVICE**<br><br>Case No. 23-cv-07218 (JPC) |

   I HEREBY CERTIFY that on August 11, 2023, I caused to be served a true and correct copy of the Motion to Withdraw the Reference of Adversary Proceeding Pursuant to 28 U.S.C. Section 157 and Federal Rule of Bankruptcy Procedure 5011 with supporting papers ("Motion") via CM/ECF electronic filing with the Clerk of Court in the action captioned <u>*SVB Financial Group v. Federal Deposit Insurance Corporation, as Receiver*</u>, currently pending in the U.S. Bankruptcy Court for the Southern District of New York, Case Number: 23-01137-mg. A true and correct copy of the Confirmation of Filing is annexed hereto. Said filing duly served via transmission of Notice of Electronic Filing generated by CM/ECF a true and accurate copy of the aforementioned Motion upon all parties of record in that case.

Dated: August 18, 2023      **REED SMITH LLP**

                   */s/ Kurt F. Gwynne*
                   Kurt F. Gwynne
                   599 Lexington Avenue
                   New York, NY 10022
                   Telephone: (212) 521-5400
                   Facsimile: (212) 521-5450
                   Email: kgwynne@reedsmith.com

                   *Attorneys for Defendant FDIC-R1*

To: All Counsel of Record (*via CM/ECF*)

**File a Motion:**

23-01137-mg SVB Financial Group v. Federal Deposit Insurance Corporation,as Receiver

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Kurt F. Gwynne entered on 8/11/2023 at 8:09 PM and filed on 8/11/2023
**Case Name:**     SVB Financial Group v. Federal Deposit Insurance Corporation,as Receiver
**Case Number:**   23-01137-mg
**Document Number:** 30

**Docket Text:**
Motion to Withdraw the Reference *of Adversary Proceeding Pursuant to 28 U.S.C. Section 157 and Federal Rule of Bankruptcy Procedure 5011* filed by Kurt F. Gwynne on behalf of Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1"). (Attachments: # (1) Memorandum of Law in Support # (2) Exhibit 1-Adversary Proceeding Complaint # (3) Exhibit 2-Memorandum of Law in Support of Motion to Dismiss) (Gwynne, Kurt)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Withdraw Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/11/2023] [FileNumber=20901182-0]
[48c228ec559f43257e428ee275fa7dd4086485de8d136de1d6cb052192dd8f788b2a
d705bcec47a2a87df3796f2060f0cac43491358a94e17f5cc6ff9a5e7af0]]
**Document description:** Memorandum of Law in Support
**Original filename:** C:\fakepath\Withdraw Memorandum of Law .pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/11/2023] [FileNumber=20901182-1]
[9c2552b505e86cdfdab92e6d9fbfb04c89bd7b7fb730e816844221ff6aed0949d0aa
878ba5d43952275ae4f5e923f2a99207027ff7eec704b41fdaa33cc839ae]]
**Document description:** Exhibit 1-Adversary Proceeding Complaint
**Original filename:** C:\fakepath\Memo Exhibit 1-Adversary Proceeding Complaint.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/11/2023] [FileNumber=20901182-2]
[7741bbb7b4fd49bde2e7d37cec079fde923cda97166010cf87e86ae81f07facbe237
84909ca8f46387bb66cca2e77b43b1a418c03971cbcd4b9f11e5c7813041]]
**Document description:** Exhibit 2-Memorandum of Law in Support of Motion to Dismiss
**Original filename:** C:\fakepath\Memo Exhibit 2-Memorandum of Law in Support of Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/11/2023] [FileNumber=20901182-3]
[2e11896c55bdd667a0d4dd8c136051cb4fde14d81537d1d16dd0a9d5b339534e7fce
36a5f98f354d1f1a691faf19ff6ce97a7c68616715e97f5c2479bdd8b489]]

**23-01137-mg Notice will be electronically mailed to:**

James L. Bromley on behalf of Plaintiff SVB Financial Group
bromleyj@sullcrom.com, james-bromley-2240@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

Jonathan Gordon Cooper on behalf of Defendant Federal Deposit Insurance Corporation, in its corporate capacity
jonathancooper@quinnemanuel.com

Benjamin Finestone on behalf of Defendant Federal Deposit Insurance Corporation, in its corporate capacity
benjaminfinestone@quinnemanuel.com, lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com

Kurt F. Gwynne on behalf of Defendant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1")
kgwynne@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com,gwynne-1654@ecf.pacerpro.com

Eric Christopher Lyttle on behalf of Defendant Federal Deposit Insurance Corporation, in its corporate capacity
ericlyttle@quinnemanuel.com

Elliot Moskowitz on behalf of Creditor Ad Hoc Group of Senior Noteholders
elliot.moskowitz@dpw.com, ecf.ct.papers@davispolk.com

Adam S. Paris on behalf of Plaintiff SVB Financial Group
parisa@sullcrom.com, perskej@sullcrom.com

Brian D. Pfeiffer on behalf of Creditor Ad Hoc Cross-Holder Group
brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

Robert A Sacks on behalf of Plaintiff SVB Financial Group
sacksr@sullcrom.com

David M. Zensky on behalf of Creditor Committee Official Committee of Unsecured Creditors of SVB Financial Group
dzensky@akingump.com, nymco@akingump.com;AGSearch-Lit@akingump.com;jwoodson@akingump.com

**23-01137-mg Notice will not be electronically mailed to:**

Federal Deposit Insurance Corporation
,

Federal Deposit Insurance Corporation,as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.
,

Kroll Restructuring Administration LLC
(f/k/a Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055