**WHITE & CASE**

October 18, 2023

White & Case LLP
Southeast Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
T +1 305 371 2700

whitecase.com

<u>VIA ECF</u>

The Honorable John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

**Re:** *SVB Financial Group v. Federal Deposit Insurance Corporation*, **United States District Court for the Southern District of New York, Case No. 1:23-cv-07218-JPC**

<u>Related to</u>: *In re SVB Financial Group*, United States Bankruptcy Court for the Southern District of New York, Case No. 23-10367 (MG)

<u>Related to</u>: *SVB Financial Group v. Federal Deposit Insurance Corporation, in its corporate capacity, and Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, United States Bankruptcy Court for the Southern District of New York, Adversary Case No. 23-01137 (MG) (the "Adversary Proceeding")

Dear Judge Cronan:

  We represent the Ad Hoc Cross-Holder Group in the chapter 11 case of SVB Financial Group and, as intervenor-plaintiff, in the Adversary Proceeding. We write to request that the Court open a telephone line for the oral argument scheduled for **October 19, 2023** at **10:00 a.m.** in the above-referenced action to allow counsel who cannot attend in person to listen to the proceeding remotely.

  We appreciate the Court's consideration of this request.

Respectfully submitted,


*/s/ Brian D. Pfeiffer*
Brian D. Pfeiffer
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile: (305) 358-2700
brian.pfeiffer@whitecase.com

*Counsel to the Ad Hoc Cross-Holder Group*