UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                 :
In re:                                             :

    SVB FINANCIAL GROUP,               :

                            Debtor,           :     Bankruptcy Case No. 23-10367 (MG)

-----------------------------------------------------------------------X
                 :
SVB FINANCIAL GROUP,                :

                            Plaintiff,      :

      -v-                                  :     23 Civ. 7218 (JPC)

FEDERAL DEPOSIT INSURANCE CORPORATION,  :
in its Corporate Capacity, and FEDERAL DEPOSIT      Adv. Proc. No. 23-1137 (MG)
INSURANCE CORPORATION, as Receiver for Silicon  :
Valley Bank and Silicon Valley Bridge Bank, N.A.,

                           Defendants.       :     <u>ORDER</u>

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 6, 2023, Debtor filed a letter in its Chapter 11 bankruptcy proceeding, *In re SVB Fin. Grp.*, No. 23-10367 (Bankr. S.D.N.Y.), which included as an exhibit a letter from the Federal Deposit Insurance Corporation acting in its corporate capacity ("FDIC-C"), dated October 20, 2023. *Id.*, Dkt. 655, Exh. A. The letter states that "[SVB Group's] claim for deposit insurance or for any funds from FDIC-C based on an alleged guarantee under the systemic risk exception is denied because [SVB Group's] insured deposit is statutorily defined not to exceed $250,000, and FDIC-C has satisfied its obligation to provide deposit insurance by making that amount (and more) available to [SVB Group] in an account at the Silicon Valley Bridge Bank, N.A." *Id.* at 1. The letter further states that "[t]his denial is a final determination under 12 U.S.C. §1821(f)." *Id.*

      By December 6, 2023, any party in this case may (but is not required to) submit letter

briefing regarding the significance of FDIC-C's October 20, 2023 letter with regard to the pending motion to withdraw the reference. Dkt. 1. Any letter briefing shall be no longer than five pages, single spaced.

    SO ORDERED.

Dated: December 1, 2023                  _____
       New York, New York                      JOHN P. CRONAN
                                                 United States District Judge